# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CAPITAL ONE, NATIONAL ASSOCIATION,

        Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, *et al.*,

        Defendant.

Case No. 2:15-cv-01324-KJD-GWF

**ORDER OF RECUSAL**

      The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned. Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

      Based on the foregoing and good cause appearing therefor,

      **IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

      DATED this 1st day of October, 2015.

                                          GEORGE FOLEY, JR.
                                          U.S. MAGISTRATE JUDGE