Abran E. Vigil
Nevada Bar No. 7548
Matthew D. Lamb
Nevada Bar No. 12991
Joseph P. Sakai
Nevada Bar No. 13578
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
lambm@ballardspahr.com
sakaij@ballardspahr.com

*Attorneys for Plaintiff/Counter-Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>　　　　Defendants. | Case No.  2:15-cv-01324-KJD-PAL<br><br><br>**MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT MOTION HEARING** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>　　　　Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association; and EILAT BENARON, an individual,<br><br>　　　　Counter-Defendants/Cross-Defendants. | |

DMWEST #14590677 v1

Plaintiff Capital One, National Association ("Capital One") requests leave for its counsel to appear telephonically at the July 21, 2016 hearing on Capital One's *Motion to Compel Production of Documents by Michael Brunson* [ECF No. 38].

## MEMORANDUM OF POINTS AND AUTHORITIES

Capital One's primary attorney, Abran Vigil, is unable to attend the hearing on July 21 at 9:00 a.m. due to a pretrial calendar call and deposition in two other matters. The other attorney responsible for the case, Matthew Lamb, is currently resident in Ballard Spahr LLP's Washington, D.C. office and unable to travel to Las Vegas for the hearing. Accordingly, Capital One requests leave to appear telephonically.

Dated: June 29, 2016.

BALLARD SPAHR LLP

By: /s/ Matthew D. Lamb
Abran E. Vigil
Nevada Bar No. 7548
Matthew D. Lamb
Nevada Bar No. 12991
Joseph P. Sakai
Nevada Bar No. 13578
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiff/Counter-Defendant*

## ORDER

IT IS SO ORDERED. Each party requesting to appear telephonically is instructed to call Jeff Miller, Courtroom Deputy, at (702) 464-5420 before 4:00 p.m., July 20, 2016, to indicate the name of the attorney participating and a telephone number where that party may be reached. The courtroom deputy will initiate the call.

Dated this 1st day of July, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2

DMWEST #14590677 v1