DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association,<br><br>                  Plaintiff,<br>vs.<br><br>SFR INVESTMENT POOL 1, LLC, a Nevada limited liability company; and SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation<br>                  Defendants.<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>                  Counter-Claimant,<br>vs.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association; and ELIAT BENARON, an individual,<br><br>      Counter-Defendant/Cross-Defendants. | Case No. 2:15-cv-01324-KJD-PAL<br><br>**ORDER TO STAY PROCEEDINGS**<br>**(First Request)** |

Plaintiff CAPITAL ONE, NATIONAL ASSOCIATION, Defendants SFR INVESTMENT POOL 1, LLC, and SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the parties jointly request an Order staying all the proceedings in this case until the Ninth Circuit issues the mandate in *Bourne Valley Court Trust v. Wells Fargo Bank,* Case Number 2:13-cv-649-PMP-NJK.

The parties have good cause for requesting the stay due to the possible effect of resolving the claims or issues in this case before the Ninth Circuit issues the mandate in *Bourne Valley*. The parties believe a stay of the matter to be appropriate to conserve judicial resources. The parties have entered into the agreement in good faith and not for purposes of delay.

IT IS FURTHER AGREED AND STIPULATED that once the stay is lifted, the dispositive motion deadline will be re-set to 30 days from the date of the lift stay, and that Plaintiff shall be permitted to depose SFR's expert witness after the stay is lifted.

| | |
|---|---|
| Dated this 1st day of September, 2016. | Dated this 1st day of September, 2016. |
| **KIM GILBERT EBRON** | **BALLARD SPAHR, LLP** |
| /s/ Karen L. Hanks<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada  89139<br>Phone: (702) 485-3300<br>Fax:    (702) 485-3301<br>*Attorneys for SFR Investments Pool 1, LLC* | /s/ Abran Vigil, Esq.<br>ABRAN VIGIL, ESQ.<br>Nevada Bar No. 7548<br>100 City Parkway Suite 1750<br>Las Vegas, NV 89106<br>Phone: (702) 471-7070<br>Fax:    (702) 471-7000<br>*Attorneys for Capital One, National Association* |
| Dated this 1st day of September, 2016. | Dated this 1stday of September, 2016. |
| **ALVERSON TAYLOR MORTENSEN** | **ALESSI & KOENIG, LLC** |
| /s/ David J. Rothenberg<br>Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>David J. Rothenberg, Esq.<br>Nevada Bar No. 13576<br>7401 W Charleston Blvd<br>Las Vegas, NV 89117-1401<br>Phone: (702) 385-7000<br>Fax:    (702) 384-7000<br>*Attorneys for Southern Highlands Community Association* | /s/ Steven T. Loizzi<br>Steven T. Loizzi, Jr., Esq.<br>Nevada Bar No. 10920<br>9500 West Flamingo Rd., Suite 205<br>Las Vegas, NV 89147<br>Phone: (702) 222-4033<br>Fax:    (702) 222-4043<br>*Attorneys for Alessi & Koenig, LLC* |

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

**ORDER**

IT IS SO ORDERED.

DATED this __5th__ day of __September__, 2016.

_____
UNITED STATES JUDGE

Respectfully submitted:

/s/ Karen L. Hanks
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301