Abran E. Vigil
Nevada Bar No. 7548
Matthew D. Lamb
Nevada Bar No. 12991
Joseph P. Sakai
Nevada Bar No. 13578
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
lambm@ballardspahr.com
sakaij@ballardspahr.com

*Attorneys for Plaintiff/Counter-Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.  2:15-cv-01324-KJD-PAL<br><br>**STIPULATION REGARDING MOTION TO COMPEL, DISPOSITIVE MOTIONS, AND JOINT PRETRIAL ORDER**<br><br>(Third Request) |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association; and EILAT BENARON, an individual,<br><br>Counter-Defendants/Cross-Defendants. | |

Plaintiff Capital One, National Association ("Capital One"), defendant SFR Investments Pool 1, LLC ("SFR"), and defendant Southern Highlands Community

DMWEST #15353945 v2

Association ("Southern Highlands," and together with Capital One and SFR, the "Parties") stipulate as follows:

1. On September 5, 2016, the Court entered an order (ECF No. 56) granting the Parties' stipulation to stay litigation based on the Ninth Circuit's decision in <u>Bourne Valley Court Tr. v. Wells Fargo Bank, NA</u>, 832 F.3d 1154 (9th Cir. 2016).

2. The order provided that the litigation stay would automatically lift when the Ninth Circuit issued its mandate in <u>Bourne Valley</u>.

3. The order further provided that the dispositive motion deadline would automatically reset to 30 days after the date the Ninth Circuit issued its mandate.

4. The order further provided that Capital One would be permitted to depose SFR's expert witness, Michael Brunson, after the stay was lifted.

5. The Court subsequently issued a minute order (ECF No. 57) which deemed Capital One's motion to compel against SFR (ECF No. 52) withdrawn. The minute order stated the Parties could request reinstatement of the motion to compel after the litigation stay was lifted.

6. The Ninth Circuit issued its mandate in <u>Bourne Valley</u> on December 14, 2016.

7. Accordingly, the dispositive motions deadline automatically reset to January 13, 2017.

8. On December 29, 2016, SFR filed a Motion to Certify Question of Law to Supreme Court of Nevada (ECF No. 58) and a Motion for Partial Summary Judgment re: a Pure Issue of Law: Application of the Return Doctrine Post-*Bourne Valley* (ECF No. 59).

9. Capital One intends to file a motion for summary judgment on or before the January 13, 2017 deadline. The motion will address various arguments which do not require the Parties to hold the deposition of Brunson or to reinstate Capital One's motion to compel. Capital One's motion will be limited to three issues: (1) that

DMWEST #15353945 v2

Capital One is entitled to summary judgment under <u>Bourne Valley</u>, (2) that the Housing and Economic Recovery Act of 2008 preempted the subject foreclosure sale from extinguishing the subject deed of trust, and (3) that the Nevada Supreme Court's opinion in <u>SFR Investments Pool 1, LLC v. U.S. Bank, N.A.</u>, 130 Nev. Adv. Rep. 75, 334 P.3d 408 (2014), does not apply retroactively.

10. In the event the Court denies Capital One's planned motion for summary judgment, the Parties agree to hold the deposition of Brunson, to reinstate the motion to compel, and to litigate any remaining issues not addressed in Capital One's planned motion. These issues include, among other things, the sufficiency of the foreclosure sale price, the validity of the foreclosure sale under <u>Shadow Wood Homeowners Ass'n v. N.Y. Cmty. Bancorp. Inc.</u>, 132 Nev. Adv. Rep. 5, 366 P.3d 1105 (2016), and Capital One's argument that the sale is a constructively fraudulent transfer.

11. Accordingly, if the Court denies Capital One's planned motion for summary judgment, the Parties will submit a further stipulation that reinstates Capital One's motion to compel, schedules a date and time for the deposition of Brunson, sets a deadline for filing any dispositive motions on the remaining issues in the case, and sets a new deadline for the joint pretrial order.

12. Good cause exists for granting this stipulation because it will not be necessary to hold the deposition of Brunson, to reinstate the motion to compel, or to litigate any additional issues if the Court grants Capital One's planned motion for summary judgment.

13. The Court previously granted a stipulation to extend the dispositive motions deadline from April 15, 2016 to July 14, 2016 and to extend the pretrial order deadline from May 13, 2016 to August 11, 2016 (ECF No. 37). This extension was primarily due to a medical issue affecting Southern Highlands' Rule 30(b)(6) deponent. The Court later granted a stipulation to extend the dispositive motion deadline to September 12, 2016 and to extend the pretrial order deadline to October

11, 2016 (ECF No. 43). These deadlines were vacated when the Ninth Circuit issued its Bourne Valley opinion and the Court stayed litigation.

Dated: January 9, 2017.

| BALLARD SPAHR LLP<br><br>By: /s/ Matthew D. Lamb<br>   Abran E. Vigil<br>   Nevada Bar No. 7548<br>   Matthew D. Lamb<br>   Nevada Bar No. 12991<br>   Joseph P. Sakai<br>   Nevada Bar No. 13578<br>   100 North City Pkwy, Suite 1750<br>   Las Vegas, Nevada 89106<br><br>ATTORNEYS FOR CAPITAL ONE, NATIONAL ASSOCIATION | KIM GILBERT EBRON<br><br>By: /s/ Diana Cline Ebron<br>   Diana Cline Ebron<br>   Nevada Bar No. 10580<br>   Jacqueline Gilbert<br>   Nevada Bar No. 10593<br>   Karen L. Hanks<br>   Nevada Bar No. 9578<br>   7625 Dean Martin Drive, Suite 110<br>   Las Vegas, Nevada 89139<br><br>ATTORNEYS FOR SFR INVESTMENTS POOL 1, LLC |
|---|---|
| ALVERSON TAYLOR MORTENSEN & SANDERS<br><br>By: /s/ David J. Rothenberg<br>   Kurt R. Bonds<br>   Nevada Bar No. 6228<br>   David J. Rothenberg<br>   Nevada Bar No. 13576<br>   7401 West Charleston Blvd.<br>   Las Vegas, Nevada 89117<br><br>ATTORNEYS FOR SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION | |

IT IS ORDERED.

IT IS FURTHER ORDERED that in the event Plaintiff's motion for summary judgment is denied, the parties shall submit a stipulation and proposed order within 14 days of decision of the pending motion for summary judgment to request reinstatement of the motion to compel and complete the deposition described in this stipulation.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 10, 2017.

4

DMWEST #15353945 v2