DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.: 2:15-cv-01324-KJD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS SLANDER OF TITLE CLAIM WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association,<br><br>Counter-Defendant. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |

- 1 -

          Cross-Claimant,

vs.

ELIAT BENARON, an individual,

          Cross-Defendant.

## STIPULATION AND ORDER TO DISMISS SLANDER OF TITLE CLAIM WITHOUT PREJUDICE

Defendant/Counterclaimant/Cross-Claimant, SFR INVESTMENTS POOL 1, LLC ("SFR"), and Plaintiff/Counter-Defendant, CAPITAL ONE, NATIONAL ASSOCIATION (the "Bank"), by and through the undersigned counsel, hereby stipulate and agree that SFR's Third Claim for Relief for Slander of Title against the Bank [ECF No. 14] shall be dismissed without prejudice, each party to bear its own fees and costs.

DATED this  6th  day of February, 2017.    DATED this  6th  day of February, 2017.

**KIM GILBERT EBRON**    **BALLARD SPAHR LLP**

*/s/ Jacqueline A. Gilbert*    */s/ Matthew D. Lamb*
Jacqueline A. Gilbert, Esq.    Matthew D. Lamb, Esq.
Nevada Bar No. 10593    Nevada Bar No. 12991
7625 Dean Martin Drive, Suite 110    100 North City Parkway, Suite 1750
Las Vegas, Nevada  89139-5974    Las Vegas, Nevada  89106-4617
*Attorneys for SFR Investments Pool 1, LLC*    *Attorneys for Capital One, National Association*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 7, 2017