Abran E. Vigil
Nevada Bar No. 7548
Matthew D. Lamb
Nevada Bar No. 12991
Joseph P. Sakai
Nevada Bar No. 13578
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
lambm@ballardspahr.com
sakaij@ballardspahr.com

*Attorneys for Plaintiff/Counter-Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:15-cv-01324-KJD-PAL<br><br>**STIPULATION EXTENDING DEADLINE TO RESPOND TO MOTION TO STRIKE DISCLOSURES AND EXHIBITS**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, a national banking association; and EILAT BENARON, an individual,<br><br>Counter-Defendants/Cross-Defendants. | |

Plaintiff Capital One, National Association ("Capital One"), defendant SFR Investments Pool 1, LLC ("SFR"), and defendant Southern Highlands Community

DMWEST #15353945 v2

Association ("Southern Highlands," and together with Capital One and SFR, the "Parties") stipulate as follows:

1. On January 31, 2017, SFR filed its Emergency Motion to Strike Disclosures and Exhibits or Alternatively Motion to Reopen Discovery for Limited Purpose of Conducting Additional Discovery and to Allow Supplemental Briefing (ECF No. 68).

2. On February 2, 2017, Southern Highlands filed a joinder to the motion (ECF No. 69).

3. On February 6, 2017, the Court entered a minute order which directed the Parties to brief the motion in the normal course (ECF No. 74).

4. Pursuant to the order and LR 7-2(b), the current deadline for Capital One to respond to SFR's motion is February 14, 2017.

5. Capital One has not completed its response due to the time required to draft replies in support of its motion for summary judgment (ECF No. 63) and due to ongoing case law developments, including Bourne Valley Court Tr. v. Wells Fargo Bank, NA, 832 F.3d 1154 (9th Cir. 2016), and Saticoy Bay LLC v. Wells Fargo Home Mortg., No. 68630, 133 Nev. Adv. Rep. 5 (2017).

[*Remainder of page intentionally left blank*]

6. Accordingly, the Parties agree to extend the deadline for Capital One to respond to SFR's motion (ECF No. 68) by two weeks, to February 28, 2017.

Dated: February 14, 2017.

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Matthew D. Lamb<br>    Abran E. Vigil<br>    Nevada Bar No. 7548<br>    Matthew D. Lamb<br>    Nevada Bar No. 12991<br>    Joseph P. Sakai<br>    Nevada Bar No. 13578<br>    100 North City Pkwy, Suite 1750<br>    Las Vegas, Nevada 89106<br><br>*ATTORNEYS FOR CAPITAL ONE, NATIONAL ASSOCIATION* | By: /s/ Diana Cline Ebron<br>    Diana Cline Ebron<br>    Nevada Bar No. 10580<br>    Jacqueline Gilbert<br>    Nevada Bar No. 10593<br>    Karen L. Hanks<br>    Nevada Bar No. 9578<br>    7625 Dean Martin Drive, Suite 110<br>    Las Vegas, Nevada 89139<br><br>*ATTORNEYS FOR SFR INVESTMENTS POOL 1, LLC* |
| ALVERSON TAYLOR MORTENSEN & SANDERS<br><br>By: /s/ David J. Rothenberg<br>    Kurt R. Bonds<br>    Nevada Bar No. 6228<br>    David J. Rothenberg<br>    Nevada Bar No. 13576<br>    7401 West Charleston Blvd.<br>    Las Vegas, Nevada 89117<br><br>*ATTORNEYS FOR SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

Dated: February 21, 2017.

3

DMWEST #15353945 v2