# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Capital One, National Association

                              Plaintiff,

v.

SFR Investments Pool 1, LLC, et al

                              Defendants.

DEFAULT

JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-01324-KJD-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of SFR Investments Pool 1, LLC and against Cross-Defendant Eliat Benaron.

5/20/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk